# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2778
L.T. Case No. 2009-CF-002002-A

———————————————

JUSTIN RYAN MCMILLIAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Roseanne Eckert, of The Eckert Law Firm, PLLC, Orlando, for Appellant.

James Uthmeier, Attorney General, and Adam Blair Wilson, Assistant Attorney General, Tallahassee, for Appellee.

April 21, 2026

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____